254

356 A.2d 358
**COMMONWEALTH of Pennsylvania**

v.

**John D'AMBRO, Appellant.**

Supreme Court of Pennsylvania.

Argued March 30, 1976.

Decided May 12, 1976.

Joseph C. Santaguida, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., David Michelman, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of Sentence affirmed.